# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE L. VONTRESS,
                     Appellant,
vs.
NDOC DIRECTOR JAMES DZURENDA;
AND THE STATE OF NEVADA,
                     Respondents.

No. 77507

**FILED**

JAN 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ____S. Young____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's pro se motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. James Crockett, District Judge
       George L. Vontress
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

19-01281